## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSSIE ERNEST LEE EDWARDS, III,**<br>**Plaintiff,**<br><br>v.<br><br>**TRUIST BANK,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  25CV7280** |

## O R D E R

**AND NOW**, this 19th day of March, 2026, in consideration of Plaintiff's Motion to Remand (ECF Nos. 17, 25), and Defendant's Response in Opposition thereto (ECF No. 21), it is **HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and that this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, Case No. 251102320, for lack of jurisdiction.

**IT IS FURTHER ORDERED** that The Clerk of the Court is **DIRECTED** to terminate this matter and mark it **CLOSED**.

**BY THE COURT:**

 s/ Wendy Beetlestone
**WENDY BEETLESTONE, C.J.**